**Order filed February 14, 2019**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-18-00324-CR
_____

## JUAN RAMON BARRON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 132nd District Court**
**Scurry County, Texas**
**Trial Court Cause No. 10592**

### O R D E R

Appellant's court-appointed attorney of record, Bruce Patton, has filed in this court a motion to withdraw as counsel on appeal. *See* TEX. R. APP. P. 6.5. Patton, who was retained to represent Appellant at trial, states in his motion that he has never "done a criminal appeal or any appeal" and that he is not qualified to do so. Patton points to Rule 1.01(a) of the Texas Disciplinary Rules of Professional Conduct, which provides that a lawyer "shall not accept or continue employment in a legal matter which the lawyer knows or should know is beyond the lawyer's competence."

Because Appellant is entitled to the appointment of counsel who will render effective assistance on appeal, we grant counsel's motion to withdraw, abate the appeal, and remand for the appointment of new appellate counsel.

The trial court is directed to appoint new counsel to represent Appellant on appeal, and the trial court clerk is instructed to file in this court on or before February 28, 2019, a supplemental clerk's record evidencing such appointment. The appeal will be reinstated when the supplemental clerk's record is filed in this court. Appellant's brief will be due to be filed in this court thirty days after the date that this appeal is reinstated.

PER CURIAM

February 14, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.